■ WILLIAM T. COLE et al., Appellants-Respondents, v BENNETT FUNDING GROUP, INC., et al., Respondents-Appellants.— Order unanimously affirmed without costs. Memorandum: We affirm the order, essentially for the reasons stated in the decision of Supreme Court; however, two issues merit brief discussion. We find that plaintiffs' eighth cause of action, alleging violations of Racketeer Influenced and Corrupt Organizations Act (RICO; 18 USC § 1961 *et seq.),* was properly dismissed because the allegations fail to establish "a series of related predicates extending over a substantial period of time" *(H.J. Inc. v Northwestern Bell Tel. Co.,* 492 US —, —, 109 S Ct 2893, 2902). Moreover, plaintiffs failed to identify an enterprise *(see, Otto v Variable Annuity Life Ins. Co.,* 814 F2d 1127, *cert denied* 486 US 1026), and failed to allege facts sufficient to demonstrate that such enterprise was engaged in or affected interstate commerce *(see, Riverbay Corp. v Steiner,* 144 Misc 2d 530, 541).

We further determine that the court correctly dismissed plaintiffs' thirteenth and fourteenth causes of action alleging that defendants violated article 6 of the Uniform Commercial Code because plaintiffs are not entitled to indemnification based upon an implied contract until plaintiffs' liability to a secured creditor is established *(see, Martinez v Fiore,* 90 AD2d 483). (Appeals from order of Supreme Court, Onondaga County, Reagan, J.—dismiss causes of action.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.